UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Global Reinsurance Corporation of America, as successor-in-interest to Constitution Reinsurance Corporation, <br><br>      Plaintiff, <br><br>  -v- <br><br>National Indemnity Co., <br><br>      Defendant. | 22-cv-3785 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

    Before the Court is defendant's motion to dismiss plaintiff's complaint for lack of personal jurisdiction, or, in the alternative, to transfer venue to the District of Nebraska pursuant to 28 U.S.C. § 1404. See Dkt. No. 14. Upon consideration, and following full briefing by the parties, the Court hereby denies defendant's motion in its entirety.

    A memorandum explaining the reasons for this ruling will issue in due course. The Clerk of Court is directed to close the motion at docket entry number 14.

    SO ORDERED.

New York, NY
August 16, 2022

                                                        JED S. RAKOFF, U.S.D.J.